COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| MICHAEL J. WYNNE; GREGOR WYNNE | | No. 08-20-00230-CV |
| ARNEY, PLLC; MICHAEL JOHN WYNNE, | § | |
| PLLC; 1ST AND TRINITY SUPER | | Appeal from the |
| MAJORITY, LLC AND 3RD; AND | § | |
| CONGRESS SUPER MAJORITY, LLC, | | 250th District Court |
| | § | |
| Appellant, | | of Travis County, Texas |
| | § | |
| | | (TC#D-1-GN-20-003550) |
| v. | § | |
| | | |
| GREGORY S. MILLIGAN, IN HIS | § | |
| INDIVIDUAL CAPACITY AND AS | | |
| RECEIVER FOR WC 1ST AND TRINITY | § | |
| LP AND WC 3RD AND CONGRESS, LP; | | |
| THE ROY F. & JOANN COLE MITTE | § | |
| FOUNDATION; RAY CHESTER; | | |
| STEPHEN WAYNE LEMMON; AND | § | |
| RHONDA BEAR MATES, | | |
| | § | |
| Appellee. | | |

# **O R D E R**

The Court GRANTS the Joint Mediation Report and Motion for Reinstatement of appellate

timetable filed by the parties.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension

is lifted, and the Appellants' brief is due February 2, 2021.

IT IS SO ORDERED this 13th day of January, 2021.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.